IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLIFFORD H. WOODALL,**

**Plaintiff,**

vs.

**THE VILLAGE OF WASHINGTON PARK,
ILLINOIS, THE WASHINGTON PARK
POLICE COMMITTEE, and COL.
WENDELL WILSON,**

**Defendants.**                                             No. 02-CV-0597-DRH

## ORDER

**HERNDON, District Judge:**

        This matter comes before the Court for docket control.  On May 27 and June 9, 2005, the law firm of Hinshaw & Culbertson LLP, filed motions to withdraw as counsel for the Village of Washington Park, the Washington Park Police Committee and Col. Wendell Wilson (Docs. 38 & 39).  The motions state that these Defendants have retained new counsel to represent them.  Ordinarily, the Court routinely grants these motions, however, an exception exists.  Municipalities cannot proceed *pro se* and as of this date new counsel has not entered an appearance for these Defendants.  Thus, the Court **DENIES at this time** the motions to withdraw (Docs. 38 & 39).  The Court **ALLOWS** leave to re-file the motion to withdraw *after* new counsel enters an

appearance for Defendants.

**IT IS SO ORDERED.**

Signed this 16th day of June, 2005.

/s/     David RHerndon
**United States District Judge**
