IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLIFFORD H. WOODALL,**

**Plaintiff,**

vs.

**THE VILLAGE OF WASHINGTON PARK,
ILLINOIS, THE WASHINGTON PARK
POLICE COMMITTEE, and COL.
WENDELL WILSON,**

**Defendants.**                                        **No. 02-CV-0597-DRH**

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' motion to lift bankruptcy stay ordered on May 17, 2004 and for amendment to this Court's Order adopting amended scheduling and discovery order entered October 23, 2003 (Doc. 41). Said motion is **GRANTED**. The Court **LIFTS** the stay in this matter. Further, the Court **ORDERS** the parties to present to Magistrate Judge Proud a new discovery schedule on or before January 13, 2006.

**IT IS SO ORDERED.**

Signed this 29th day of December, 2005.

/s/          David RHerndon
**United States District Judge**