IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLIFFORD H. WOODALL,**

    **Plaintiff,**

    **vs.**                           Cause No.  02-597 DRH

**VILLAGE OF WASHINGTON PARK,
IL, et al.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice.** -----

                                  **NORBERT G. JAWORSKI, CLERK**

March 12, 2007                     By:   s/Patricia Brown
                                           Deputy Clerk

APPROVED: /s/    David   RHerndon
             **U.S. DISTRICT JUDGE**